**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| ERIC BOLDEN, : | |
| : | Case No. 1:09CV267 |
| Plaintiff, : | |
| : | Judge Weber |
| v. : | |
| : | |
| HYDE PARK LANDSCAPE & : | |
| TREE SERVICE, INC., et al, : | |
| : | |
| Defendants. : | |

  Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1:  Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation."  A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of this case.

  In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

<u>Defendant, Community Insurance Company, incorrectly designated as Anthem Blue Cross Blue Shield Partnership Plan, Inc.</u>

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

   __X__ Yes    _____ No

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

<u>Community Insurance Company is an indirect, wholly-owned subsidiary of WellPoint, Inc., a public company whose shares of stock are traded on the New York Stock Exchange.</u>

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes  __X__ No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest.
_____

<u>/s/ Kenneth J. Rubin</u>      <u>April 29, 2009</u>
(Signature of Counsel)       (Date)

**"Certificate of Service"**

COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION
TO UPDATE AND SUPPLEMENT THIS STATEMENT.

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing was served upon counsel for plaintiff, Alvaro G. Velez, Esq., The One Crosswoods Building, 100 East Campus View Road, Ste. 250, Worthington, Ohio 43235, via first class mail, and on counsel for co-defendants by electronic filing.

                                                /s/ Kenneth J. Rubin
                                                Kenneth J. Rubin