UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ERIC BOLDEN

       Plaintiff

v                                       C-1-09-267

HYDE PARK LANDSCAPE et al

       Defendant

## ORDER

Pursuant to the record established at the Hearing held on September 15, 2009, the following briefing schedule is hereby established:

Defendants' Briefs on subject matter jurisdiction shall be filed by October 6, 2009.

Plaintiff's Responsive Brief shall be filed by October 27, 2009.

Replies shall be filed by November 10, 1009.

**IT IS SO ORDERED.**

_____
Judge Herman J. Weber
United States District Court