# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ERIC BOLDEN, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:09-CV-267 |
| HYDE PARK LANDSCAPE & TREE SERVICE, INC., *et al.*, | : : | JUDGE WEBER |
| Defendants. | : | |

## JOINT STATUS REPORT

Following is the parties' Joint Status Report:

1. <u>Mediation</u>. Plaintiff's Counsel submitted a settlement demand to Defendants' Counsel on Monday, November 22, 2010. Defendants' Counsel has reviewed the demand and will respond by April 1, 2011.

2. <u>Discovery</u>. The parties have completed discovery.

3. <u>Motions</u>. The parties are currently preparing their respective dispositive motions, which are due to be filed on or before April 15, 2011.

RESPECTFULLY SUBMITTED:

| | |
|---|---|
| /s/Robert J. Beggs | /s/Melanie A. Houghton (per telephone auth.) |
| Robert J. Beggs (0002966) | Alison M. Day (00680606) |
| (*John.Beggs@BeggsCaudill.com*) | (*aday@littler.com*) |
| Trial Counsel for Plaintiff | Melanie A. Houghton (0082760) |
| Danny L. Caudill (0078859) | (*mhoughton@littler.com*) |
| (*Danny.Caudill@BeggsCaudill.com*) | Littler Mendelson, P.C. |
| Gregory R. Mansell (0085197) | 21 East State Street, Suite 1600 |
| (*Greg.Mansell@BeggsCaudill.com*) | Columbus, Ohio  43215 |
| Co-Counsel for Plaintiff | Telephone:  (614) 463-4201 |
| Beggs Caudill, LLC | Facsimile:  (513)  221-3301 |
| 1675 Old Henderson Road | Trial Counsel for Defendants Hyde Park Landscape & Tree Service, Inc. and Michael Shumrick |
| Columbus, Ohio  43220-3644 | |
| Telephone:  (614) 360-2044 | |
| Facsimile:  (614) 448-4544 | |

Alvaro G. Velez (0078921)  
(*algvelez@aol.com*)  
Co-Counsel for Plaintiff  
The One Crosswoods Building  
100 East Campus View Road, Suite 250  
Worthington, Ohio  43235  
Telephone:  (614) 804-9918  
Facsimilie:  (614) 343-2222  

Michael T. Cox (0080691)  
(*mtcox149@yahoo.com*)  
Co-Counsel for Plaintiff  
4930 Reed Road  
Columbus, Ohio  43220  
Telephone:  (614) 457-7700  
Facsimile:  (614) 457-7878  

Timothy T. Schenkel (0061110)  
(*tschenkel@ffalaw.com*)  
Freund, Freeze & Arnold  
Fourth & Walnut Centre  
105 East Fourth Street, Suite 1400  
Cincinnati, Ohio  45402-4035  
Telephone:  (513) 665-3500  
Facsimile:  (513) 665-3503  
Co-Counsel for Defendants Hyde Park Landscape & Tree Service, Inc. and Michael Shumrick