# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ERIC BOLDEN, | : | |
| | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 1:09-CV-267 |
| | : | |
| HYDE PARK LANDSCAPE & TREE SERVICE, INC., *et al.*, | : | JUDGE WEBER |
| | : | |
| Defendants. | : | |

### **STIPULATION OF DISMISSAL, WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the above-referenced matter, with prejudice, each party to bear their own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Gregory R. Mansell | /s/Allison M. Day (per email authorization) |
| Robert J. Beggs (0002966) | Alison M. Day (0068060) |
| (*John.Beggs@BeggsCaudill.com*) | (*aday@littler.com*) |
| Trial Counsel for Plaintiff | Trial Counsel for Defendant |
| Danny L. Caudill (0078859) | Melanie Houghton (0082760) |
| (*Danny.Caudill@BeggsCaudill.com*) | (*mhoughton@littler.com*) |
| Co-Counsel for Plaintiff | Of Counsel for Defendant |
| Gregory R. Mansell (0085197) | LITTLER MENDELSON, P.C. |
| (*Greg.Mansell@BeggsCaudill.com*) | 21 East State Street, Suite 1600 |
| Co-Counsel for Plaintiff | Columbus, Ohio  43215 |
| BEGGS CAUDILL, LLC | Telephone:  (614) 463-4201 |
| 7240 Muirfield Drive, Suite 120 | Facsimile:  (614) 221-3301 |
| Dublin, Ohio 43017 | |
| Telephone:  (614) 360-2044 | Timothy B. Schenkel (0061110) |
| Facsimile:  (614) 448-4544 | (tschenkel@ffalaw.com) |
| | FREUND, FREEZE & ARNOLD |
| Alvaro G. Velez (0078921) | Fourth & Walnut Centre |
| (algvelez@aol.com) | 105 East Fourth Street, Suite 1400 |
| Co-Counsel for Plaintiff | Cincinnati, Ohio 45202-4035 |
| The One Crosswoods Building | Telephone:  (513) 665-3500 |

100 East Campus View Road, Suite 250  
Worthington, Ohio 43235  
Telephone: (614) 804-9918  
Facsimilie: (614) 343-2222  

Michael T. Cox (0080691)  
(mtcox149@yahoo.com)  
Co-Counsel for Plaintiff  
4930 Reed Road  
Columbus, Ohio 43220  
Telephone: (614) 457-7700  
Facsimile: (614) 457-7878  

*Attorneys for Plaintiff*

Facsimile: (513) 665-3503  

*Attorneys for Defendants*